COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:       01-13-00219-CV

Style:       Anne Moreland

      **v.** Suri Dorai

Date motion filed[*]:       August 29, 2014

Type of motion:       Motion by Non-Texas Pro Se Appellant Who Resides Outside of Texas for Permission to Participate in Appellate Proceeding

Party filing motion:       Appellant

Document to be filed:

Is appeal accelerated?       No

If motion to extend time:

      Original due date:

      Number of previous extensions granted:       Current Due date:

      Date Requested:

Ordered that motion is:

      ☑       Granted

           If document is to be filed, document due:

           ☐       Absent extraordinary circumstances, the Court will not grant additional motions to extend time

      ☐       Denied

      ☐       Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

      ☐       Other: _____

      *See* TEX. R. APP. P. 9.1(b) ("A party not represented by counsel must sign any document that the party files and give the party's mailing address, telephone number, fax number, if any, and email address.").

Judge's signature:   /s/ <u>Terry Jennings</u>

           ☑ Acting individually       ☐ Acting for the Court

Panel consists of       _____

Date:   September 16, 2014